# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 4, 2015

## NO. 03-11-00420-CV

**David Penny, Appellant**

**v.**

**El Patio, LLC d/b/a El Patio Motel, Appellee**

## APPEAL FROM 119TH DISTRICT COURT OF TOM GREEN COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
## OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the district court on April 8, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. Therefore, the Court reverses the district court's joint and several award of exemplary damages and remands the issue of exemplary damages to the district court for its reconsideration. We affirm the remainder of the district court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.